NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000771
28-DEC-2011
03:03 PM

NO. CAAP-11-0000771

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Guardianship of
MOIRA KAWEHILANI LINDHOLM

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-G NO. 11-1-6007)

ORDER GRANTING PETITIONER-APPELLANT'S MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant Kathryn Morrison's Motion to Dismiss Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that Appellant's motion to dismiss is granted, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, December 28, 2011.

*(signature)*
Chief Judge

*(signature)*
Associate Judge

*(signature)*
Associate Judge